UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

DONNA ANN GABRIELE CHECHELE,                    20-cv-2542 (JGK)

                        Plaintiff,              ORDER

        - against -

ROIVANT SCIENCES LTD.,

                        Defendant.

———————————————————————

JOHN G. KOELTL, District Judge:

        The Clerk is directed to close this case. See ECF No. 35.

SO ORDERED.

Dated:     New York, New York
           December 20, 2021

                                        _____
                                             John G. Koeltl
                                        United States District Judge